IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| THERESA K. FRANK, aka, | ) | Chapter 13 |
| SINGER SPECS: STERLING OPTICAL, | ) | |
| and SANFORD N. FRANK, | ) | CASE NO. 98-21436-JKF |
| | ) | |
| DEBTORS. | ) | |
| | ) | DOCUMENT NO. 173 |
| DE LAGE LANDEN FINANCIAL | ) | |
| SERVICES, INC. s/b/m TOKAI FINANCIAL | ) | |
| SERVICES, INC. dba MASTER LEASE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THERESA K. FRANK, aka | ) | |
| SINGER SPECS: STERLING OPTICAL, | ) | |
| SANFORD N. FRANK | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE | ) | |
| | ) | |
| Respondents. | ) | |

**DEFAULT ORDER ON MOTION FOR THE RELEASE OF FUNDS FROM COURT REGISTRY**

This 15th day of Oct, 2007, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of no objection, it is

ORDERED that the above-captioned Motion is granted insofar as it requests release of funds in the amount of $4,711.33 from the Court's Registry made payable to De Lage Landen Financial Services, Inc. c/o Michael J. Stauber, Esquire 1500 One PPG Place, Pittsburgh, PA 15222.

Movant shall, within 5 days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of service.

_____  #17
Judith K. Fitzgerald
United States Bankruptcy Judge